Frances Kral, appellee, v. Antonie Kulicek, appellant. John O. Sykora and Joseph Dort, appellees. Gen. No. 39,675.

Opinion filed February 28, 1938. Rehearing denied March 14, 1938.
Harry J. Guyon and John T. Murray, for appellant. Kerner, Jaros & Tittle, for appellee Joseph Dort; Julius H. Selinger, of counsel.
Mr. Justice Matchett delivered the opinion of the court.